# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-0389

———————————————

DERRICK KENNEDY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

May 10, 2024


PER CURIAM.

AFFIRMED.

ROWE, WINOKUR, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Candice K. Bower, Regional Counsel, and Melissa J. Ford, Assistant Regional Conflict Counsel, Office of Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.